428 A.2d 698

Commonwealth v. Johnson, Appellant.

Submitted December 6, 1979.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Judgment of sentence vacated and case remanded for an evidentiary hearing to determine if defense counsel's failure to call alibi witnesses constituted ineffective assistance of counsel. If it is determined that defense counsel was ineffective, a new trial shall be awarded. If, on the other hand, defense counsel is not found to have been ineffective, the judgment of sentence shall be reinstated.

EAGEN, J., concurred in the result.